Englewood Hospital, appellee, v. Henry H. Mather, appellant.    Gen. No. 24,237.

Action to recover hospital services rendered to person brought to hospital by defendant, and for which he agreed to pay.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding.    Heard in this court at the March term, 1918.    Affirmed.    Opinion filed November 11, 1918.    Rehearing denied November 25, 1918.

Thornton & Chancellor, for appellant. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Holdom delivered the opinion of the court.